# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA and THE STATE OF FLORIDA, *ex rel.* WHITNEY TRELOAR, et al.,**

**Plaintiffs-Relators,**

**v.** **Case No. 5:22-cv-238-JA-PRL**

**OGLETHORPE, INC., et al.,**

**Defendants.**

---

## ORDER

Upon consideration of the United States' Motion to Maintain Seal (Doc. 42), it is **ORDERED** that the motion is **DENIED without prejudice**.

The Court is cognizant that "documents filed by the Government that reveal its process of investigating *qui tam* cases, such as requests for extensions of time to intervene, may remain under seal indefinitely . . . where they provide 'substantive details regarding the government's methods of investigation.'" *United States v. Aurora Diagnostics, Inc.*, Case No. 1:16-cv-21338-KMM, 2017 WL 8781118, at *2 (S.D. Fla. Aug. 30, 2017) (quoting *United States ex rel. O'Keefe v. McDonnell Douglas Corp.*, 902 F. Supp. 189, 192 (E.D. Mo. 1995)). However, "where such documents 'do not contain names of witnesses,

information about particular documents[,] or substantive details of the investigation,' courts decline to maintain the seal." *Id.* (quoting *United States ex rel. Yannacopolous v. Gen. Dynamics*, 457 F. Supp. 2d 854, 859 (N.D. Ill. 2006)).

In its motion, the United States broadly asserts that the Court should maintain the seal of all the United States' motions and supporting memoranda regarding previous extensions of the seal and of intervention deadlines. The United States has not differentiated among these documents or explained what information in them it believes supports continued sealing. Some of these documents contain very little information at all, and it is not clear that a continued seal is warranted even as to the more-detailed documents. Thus, any renewed motion shall identify—for each document—the supposed "investigative processes and techniques," (Doc. 42 at 2), that the United States believes provide a basis for continuing the seal of that document.

**DONE** and **ORDERED** on September 11, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record